LEWIS BALL, Respondent, v. DAVID N. WILBER, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RALPH MARK v. Hon. ERSKINE C. ROGERS, Justice Supreme Court, Hudson Falls, N. Y., and Others.— Application denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Application of MAX SPIEGEL for a Peremptory Mandamus Order Directed against Hon. Justice ERSKINE C. ROGERS, Justice of the Supreme Court of Hudson Falls, of Washington County, N. Y., and against Hon. Justice WYMAN S. BASCOM, Justice of the County Court of Washington County, Fort Edward, N. Y.— Application denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

JACOB KOCAK and Another, Respondents, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Motion to allow appeal to the Court of Appeals granted. The court certifies that one or more questions of law have arisen which in its opinion ought to be reviewed by the Court of Appeals, and hereby certifies the following questions: 1. Does that portion of the answer herein which was stricken out by the court below, state facts sufficient to constitute a defense to the cause of action alleged in the complaint? 2. Should the plaintiff's motion to strike out the special defense contained in the paragraphs marked " first " to " fifth," inclusive, of defendant's answer, upon the ground that the said defense is insufficient in law upon the face thereof, have been granted? Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DEXTER BLAGDEN, Relator, v. THOMAS M. LYNCH and Others, Constituting the State Tax Commission, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARRY P. SACKETT, Relator, v. THOMAS M. LYNCH and Others, Constituting the State Tax Commission, Defendants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

DAVID GERSTEN and Another, Respondents, v. FANNIE WEINBERG, Appellant, and Another.— Motion for reargument denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

JOSEPH ZEVENS, Appellant, v. THE STATE OF NEW YORK, Respondent; LONG ISLAND RAILROAD COMPANY and THE CITY OF NEW YORK, Intervenors, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

REGULUS REALTY Co., INC., Appellant, v. THE STATE OF NEW YORK, Respondent; NEW YORK CENTRAL RAILROAD COMPANY and THE CITY OF NEW YORK, Intervenors, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.